UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | No. 1:14-cv-00735-TWP-MJD |
| JOHN DOE subscriber assigned IP address ) | |
| 50.151.109.205, ) | |
| ) | |
| Defendant. ) | |

ORDER TO SHOW CAUSE

On May 10, 2014 Plaintiff, by its counsel, Paul Nicoletti, electronically filed a Complaint for Copyright Infringement [Dkt 1]; Motion for Leave to File and Serve Subpoena Prior to Rule 26(f) Conference [Dkt. 2]; Brief/Memorandum in Support [Dkt. 3] and corporate Disclosure Statement [Dkt. 4].  These documents do not comply with the formalities of filing in this Court, as they do not contain the cause number of this case.  In addition, for an attorney who represents a party or files papers on a party's behalf, must file an appearance for that party. See S.D. Ind.Local Rule 83-7(a).  No such appearance as been filed. Mr. Nicoletti has been admonished in this case and others, to comply with the formalities of filing in this Court, yet he continues to ignore the Court's orders and instructions.

On or before June 20, 2014 Mr. Nicoletti is ordered to file his appearance and show cause why he should not be sanctioned for his failure to comply with the formalities of filing in this Court.

Mr. Nicoletti is reminded that in the future, if there are any questions regarding the correct process for filing documents in CM/ECF the Clerk's Office should be contacted for assistance prior to attempts at filing.

Dated:   06/13/2014

Distribution:

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
pauljnicoletti@gmail.com

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana