UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT INDIANA

ORDER TO SHOW CAUSE issued 6/13/2014 is hereby DISCHARGED.
DATED:  June 23, 2014

MALIBU MEDIA, LLC,                )
                                  )
    Plaintiff,                    )   Civil Case No. 1:14-cv-00735-TWP-MJD
                                  )
v.                                )
                                  )
JOHN DOE subscriber assigned IP address )
50.151.109.205,                   )
                                  )   Mark J. Dinsmore
    Defendant.                    )   United States Magistrate Judge
_____)   Southern District of Indiana

### PLAINTIFF'S COUNSEL'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

Undersigned counsel respectfully submits the following response to the Court's Order to Show Cause.  Undersigned has the absolute highest respect for your Honor and this Court and sincerely apologizes for any inconvenience or additional work that he may have inadvertently caused.  Undersigned's omissions were unintentional and undersigned has taken specific measures, both on his own and with his staff, to avoid having these mistakes ever repeated.  Undersigned carefully reviewed the Court's filing procedures and made note of its requirements.  Prior to filing any further complaints and related documents undersigned will consult his notes to ensure that all documents are timely filed and in strict compliance with the Local Rules.  Additionally, undersigned reviewed the Court's Order to Show Cause with each staff member and required them to review the Local Rules so that they each understand the mistakes made and how to avoid them in the future.  Going forward, undersigned will timely file a Notice of Appearance and include the case number on each document filed.  A Notice of Appearance has been filed in this case to correct the omission.

In light of the foregoing, undersigned respectfully requests this Court not issue any

sanctions for the inadvertent mistakes.

DATED: June 20, 2014.

                                                               Respectfully submitted,

                                                               NICOLETTI LAW, PLC

By:    /s/ *Paul J. Nicoletti*
            Paul J. Nicoletti, Esq. (P-44419)
            33717 Woodward Ave, #433
            Birmingham, MI 48009
            Tel:  (248) 203-7800
            E-Fax: (248) 928-7051
            Email:  pauljnicoletti@gmail.com
            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:    /s/ *Paul J. Nicoletti*